# FIFTH DISTRICT COURT OF APPEAL
## STATE OF FLORIDA

———————————————

Case No. 5D2025-1272
LT Case No. 55-2010-CF-631-A

———————————————

JOSEPH EDWARD NICHOLS, JR.,

 Appellant,

 v.

STATE OF FLORIDA,

 Appellee.

———————————————

3.850 Appeal from the Circuit Court for St. Johns County.
R. Lee Smith, Judge.

W. Charles Fletcher, of Law Office of W. Charles Fletcher, Jacksonville, for Appellant.

James Uthmeier, Attorney General, Tallahassee, and Rebecca Rock McGuigan, Assistant Attorney General, Daytona Beach, for Appellee.

October 14, 2025

PER CURIAM.

AFFIRMED. *State v. Clifton*, 905 So. 2d 172, 177-78 (Fla. 5th DCA 2005) (quoting *State v. Erickson*, 852 So. 2d 289 (Fla. 5th DCA 2003)).

JAY, C.J., and SOUD and KILBANE, JJ., concur.

_____

*Not final until disposition of any timely and authorized motion under Fla. R. App. P. 9.330 or 9.331.*

_____